# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1505

Evan Ng

Plaintiff - Appellant

v.

Board of Regents of the University of Minnesota; Mark Coyle, in his official capacity as Director of Athletics for the University of Minnesota; Joan T.A. Gabel, in her offiicial capacity as President of the University of Minnesota

Defendants - Appellees

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-02404-SRN)

**JUDGMENT**

Before SMITH, Chief Judge, BENTON, and SHEPHERD, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

April 05, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans